**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BROADWAY NATIONAL BANK D/B/A<br>BROADWAY BANK,<br><br>    Defendant. | CIVIL ACTION NO. 6:21-cv-1050-ADA<br><br>**JURY TRIAL DEMANDED** |
| TEXTILE COMPUTER SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES SCHWAB BANK,<br><br>    Defendant. | CIVIL ACTION NO. 6:21-cv-1051-ADA<br><br>**JURY TRIAL DEMANDED** |
| TEXTILE COMPUTER SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>COMERICA BANK,<br><br>    Defendant. | CIVIL ACTION NO. 6:21-cv-1052-ADA<br><br>**JURY TRIAL DEMANDED** |
| TEXTILE COMPUTER SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>FROST BANK,<br><br>    Defendant. | CIVIL ACTION NO. 6:21-cv-1053-ADA<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>INDEPENDENT BANK,<br><br>    Defendant. | CIVIL ACTION NO. 6:21-cv-1054-ADA<br><br>**JURY TRIAL DEMANDED** |
| TEXTILE COMPUTER SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNATIONAL BANK OF COMMERCE,<br><br>    Defendant. | CIVIL ACTION NO. 6:21-cv-1055-ADA<br><br>**JURY TRIAL DEMANDED** |
| TEXTILE COMPUTER SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SOUTHSIDE BANK,<br><br>    Defendant. | CIVIL ACTION NO. 6:21-cv-1056-ADA<br><br>**JURY TRIAL DEMANDED** |
| TEXTILE COMPUTER SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>TEXAS CAPITAL BANK,<br><br>    Defendant. | CIVIL ACTION NO. 6:21-cv-1057-ADA<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>VANTAGE BANK TEXAS,<br><br>    Defendant. | CIVIL ACTION NO. 6:21-cv-1058-ADA<br><br>**<u>JURY TRIAL DEMANDED</u>** |
| TEXTILE COMPUTER SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>WOODFOREST FINANCIAL GROUP, INC., WOODFOREST FINANCIAL SERVICES, INC., and WOODFOREST NATIONAL BANK,<br><br>    Defendants. | CIVIL ACTION NO. 6:21-cv-1059-ADA<br><br>**<u>JURY TRIAL DEMANDED</u>** |

## <u>AMENDED SCHEDULING ORDER</u>

## CASE SCHEDULE

| Deadline | Item |
| --- | --- |
| Monday, August 29, 2022 | *Markman* Hearing at 3:00 p.m. This date is a placeholder andthe Court may adjust this date as the Markman hearing approaches. |
| Tuesday, August 30, 2022 | Fact Discovery opens; deadline to serve Initial Disclosures perRule 26(a). |
| Tuesday, October 11, 2022 | Deadline to add parties. |
| Tuesday, October 25, 2022 | Deadline to serve Final Infringement and Invalidity Contentions.  After this date, leave of Court is required for any amendment to infringement or invalidity contentions. This deadline does not relieve the parties of their obligation to seasonably amend if new information is identified after initialcontentions. |
| Tuesday, December 20, 2022 | Deadline to amend pleadings. A motion is not required unlessthe amendment adds patents or patent claims. (Note: This includes amendments in response to a 12(c) motion.) |
| Tuesday, February 28, 2023 | Deadline for the first of two meet and confers to discuss significantly narrowing the number of claims asserted and prior art references at issue. Unless the parties agree to the narrowing, they are ordered to contact the Court's Law Clerkto arrange a teleconference with the Court to resolve the disputed issues. |
| Tuesday, March 28, 2023 | Close of Fact Discovery. |
| Tuesday, April 4, 2023 | Opening Expert Reports. |
| Tuesday, May 2, 2023 | Rebuttal Expert Reports. |
| Tuesday, May 23, 2023 | Close of Expert Discovery. |
| Tuesday, May 30, 2023 | Deadline for the second of two meet and confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps theparties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a JointReport within 5 business days regarding the results of the meet and confer. |

| Tuesday, June 6, 2023 | Dispositive motion deadline and *Daubert* motion deadline. See General Issues Note #9 regarding providing copies of thebriefing to the Court and the technical adviser (if appointed). |
| Tuesday, June 20, 2023 | Serve Pretrial Disclosures (jury instructions, exhibits lists,witness lists, discovery and deposition designations). |
| Friday, July 7, 2023 | Serve objections to pretrial disclosures/rebuttal disclosures. |
| Friday, July 7, 2023 | Parties email the Court's law clerk to confirm pretrial and trialdates |
| Friday, July 14, 2023 | Serve objections to rebuttal disclosures; file Motions *in limine*. |
| Friday, July 21, 2023 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine* |
| Friday, July 28, 2023 | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com  Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| Friday, August 4, 2023 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| Wednesday, August 9, 2023 | Final Pretrial Conference. |
| Monday, August 14, 2023[8] | Jury Selection/Trial. |

SIGNED this 9th day of August, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

[8] If the actual trial date materially differs from the Court's default schedule, the Court will consider reasonable amendments to the case schedule post-Markman that are consistent with the Court's default deadlines in light of the actual trial date.