## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FROST BANK, <br><br> Defendant. | CIVIL ACTION NO. 6:21-cv-1053-ADA <br><br> **JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Textile Computer Systems, Inc. ("Plaintiff") and Defendant Frost Bank ("Frost") have resolved Plaintiff's claims for relief against Frost and Frost's counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Frost, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Frost with prejudice and Frost's claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: November 30, 2022                          Respectfully submitted,

/s/ *Matthew J. Antonelli*                        /s/ *M. Natalie Alfaro Gonzales*

Matthew J. Antonelli                              Christa Brown-Sanford
Texas Bar No. 24068432                            Texas State Bar No. 24045574
matt@ahtlawfirm.com                               Morgan G. Mayne
Zachariah S. Harrington                           Texas State Bar No. 24084387
Texas Bar No. 24057886                            **BAKER BOTTS L.L.P.**
zac@ahtlawfirm.com                                2001 Ross Avenue
Larry D. Thompson, Jr.                            Dallas, Texas 75201
Texas Bar No. 24051428                            Telephone: (214) 953-6500
larry@ahtlawfirm.com                              Facsimile: (214) 953-6503

| | |
|---|---|
| Christopher Ryan Pinckney<br>Texas Bar No. 24067819<br>ryan@ahtlawfirm.com<br>ANTONELLI, HARRINGTON<br>& THOMPSON LLP<br>4306 Yoakum Blvd., Ste. 450<br>Houston, TX 77006<br>(713) 581-3000<br><br>Stafford Davis<br>State Bar No. 24054605<br>sdavis@stafforddavisfirm.com<br>Catherine Bartles<br>Texas Bar No. 24104849<br>cbartles@stafforddavisfirm.com<br>THE STAFFORD DAVIS FIRM, PC<br>815 South Broadway Avenue<br>Tyler, Texas 75701<br>(903) 593-7000 | christa.sanford@bakerbotts.com<br>morgan.mayne@bakerbotts.com<br><br>M. Natalie Alfaro Gonzales<br>Texas State Bar No. 24069286<br>**BAKER BOTTS L.L.P.**<br>910 Louisiana Street<br>Houston, TX 77002-4995<br>Telephone: (713) 229-1318<br>Facsimile: (713) 229-7718<br>natalie.gonzales@bakerbotts.com |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT FROST BANK** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on November 30, 2022.

> */s/Matthew J. Antonelli*
> Matthew J. Antonelli