# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FROST BANK,<br><br>Defendant. | CIVIL ACTION NO. 6:21-cv-1053-ADA |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff Textile Computer Systems, Inc. ("Plaintiff") and Defendant and Counterclaim-Plaintiff Frost Bank ("Frost") announced to the Court that they have resolved Plaintiff's claims for relief against Frost asserted in this case and Frost's claims, defenses and/or counterclaims for relief against Plaintiff asserted in this case. Plaintiff and Frost have therefore requested that the Court dismiss Plaintiff's claims for relief against Frost with prejudice and Frost's claims, defenses and/or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Frost are dismissed with prejudice and Frost's claims, defenses and/or counterclaims for relief against Plaintiff are dismissed without prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

_____
Honorable Judge Alan D Albright
UNITED STATES DISTRICT COURT JUDGE